# <u>EXHIBIT A</u>

1.      Case Summary, Case No. CL-19-4553-G; *Liliana I. Gutierrez v. T.J. Maxx of Texas, Inc.*; in the County Court at Law No. 7 of Hidalgo County, Texas, (2 pages).

2.      Plaintiff's Original Petition and Request for Disclosure, filed August 27, 2019 (7 pages).

3.      Citation issued August 30, 2019 (2 pages).

4.      Subpoena issued to City of Mission City Secretary on October 17, 2019 (7 pages).

5.      Defendant's Original Answer and Request for Jury Trial, filed October 28, 2019 (3 pages).

6.      Plaintiff's Motion for Docket Control Conference and proposed order, filed October 28, 2019 (3 pages).

7.      Plaintiff's Motion for Entry and Inspection Upon Property, filed October 28, 2019 (3 pages).

8.      Defendant's First Amended Original Answer filed October 29, 2019 (4 pages).

# CASE SUMMARY
## CASE NO. CL-19-4553-G

| | | | |
|---|---|---|---|
| **LILIANA I. GUTIERREZ** | § | Location: | **County Court at Law #7** |
| VS. | § | Judicial Officer: | **Valdez, Sergio** |
| **T.J. MAXX OF TEXAS, INC.** | § | Filed on: | **08/27/2019** |
| | § | | |

---

### CASE INFORMATION

| | |
|---|---|
| Case Type: | **Injury or Damage - Other (OCA)** |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | CL-19-4553-G |
| Court | County Court at Law #7 |
| Date Assigned | 08/27/2019 |
| Judicial Officer | Valdez, Sergio |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| | | *Lead Attorneys* |
| **Plaintiff** | **GUTIERREZ, LILIANA I.** | **HERNANDEZ, DANIEL M.L.** |
| | | *Retained* |
| | | 979-822-6100(W) |
| | | |
| **Defendant** | **T.J. MAXX OF TEXAS, INC.** | **Rosenberg, Marshall G.** |
| | | *Retained* |
| | | 713-759-1990(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 10/29/2019 | Clerk's Entry<br>*CERTIFIED COPIES SENT VIA EMAIL AS REQUESTED* | |
| 10/29/2019 | Request<br>*Letter Requesting Certified copies of amended Answer and Docket Sheet* | |
| 10/29/2019 | Amended<br>*First Amended Original Answer, Affirmative Defenses and Jury Demand of Defendant Marmaxx Operating Corp Incorrectly named as T.J. Maxx of Texas, Inc.* | |
| 10/29/2019 | Request<br>*Request for Certified Copies of Documents within File. Including docket sheet* | |
| 10/28/2019 | Motion<br>*Plaintiff's Motion for Entry and Inspection Upon Property* | |
| 10/28/2019 | Order Filed<br>*Order Setting Docket Control Conference* | |
| 10/28/2019 | Motion<br>*PLAINTIFF S MOTION FOR DOCKET CONTROL CONFERENCE* | |
| 10/28/2019 | Answer<br>*Original Answer of Defendant Marmaxx Operating Corp. Incorrectly Named as T.J. Maxx* | |

10/29/19

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____ Deputy Clerk

EXHIBIT 1

*Printed on 10/29/2019 at 2:53 PM*

# CASE SUMMARY
## CASE NO. CL-19-4553-G

| 10/22/2019 |  Subpoena Returned *SERVED CITY OF MISSION* |
| 08/30/2019 | Citation Issued *CITATION ISSUED TO T J MAXX OF TEXAS INC* |
| 08/27/2019 | Original Petition (OCA) *PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE* |

| DATE | FINANCIAL INFORMATION |
| --- | --- |

**Defendant** T.J. MAXX OF TEXAS, INC.
| | |
| --- | --- |
| Total Charges | 116.00 |
| Total Payments and Credits | 116.00 |
| **Balance Due as of 10/29/2019** | **0.00** |

**Plaintiff** GUTIERREZ, LILIANA I.
| | |
| --- | --- |
| Total Charges | 324.00 |
| Total Payments and Credits | 324.00 |
| **Balance Due as of 10/29/2019** | **0.00** |

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk
COUNTY COURT · COUNTY OF HIDALGO, TEXAS

*Printed on 10/29/2019 at 2:53 PM*

Electronically Submitted
8/27/2019 2:35 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-4553-G**

CAUSE NO.: _____

| | | |
|---|---|---|
| **LILIANA I. GUTIERREZ** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| **v.** | § | **____AT LAW** |
| | § | |
| | § | |
| **T. J. MAXX OF TEXAS, INC.** | § | |
| *Defendant.* | § | **HIDALGO COUNTY, TEXAS** |

---

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **LILIANA I. GUTIERREZ,** Plaintiff in the above-styled and numbered cause, and files this her **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE,** complaining of Defendant, **T. J. MAXX OF TEXAS, INC.,** and for cause of action would respectfully show unto the Court as follows:

### I.

### DISCOVERY

Plaintiff intends to conduct discovery in the matter under a Level Three (3) discovery pursuant to Tex. R. Civ. P. 190.4., and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks damages up to $750,000.00.

### II.

### PARTIES

1. Plaintiff, **LILIANA I. GUTIERREZ,** is an individual residing at 1925 Cornell Avenue, McAllen, County of Hidalgo, Texas, the last three digits of Plaintiff **LILIANA I. GUTIERREZ's** Texas Drivers' License are, XXXXX813 and the last three digits of Plaintiff **LILIANA I. GUTIERREZ's** social security number are, XXX-XX-X897.

2. Defendant, **T. J. MAXX OF TEXAS, INC.,** is a corporation operating under the laws of the State of Texas, who may be served with citation and process through its registered agent, Registered Agent, **CT CORPORATION SYSTEM,** last known address of, 1999 Bryan Street, Suite 900, Dallas, Texas 75201. *Plaintiff requests that Citation be issued for this Defendant.*

*PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE*

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____ Deputy Clerk

EXHIBIT 2

Electronically Submitted
8/27/2019 2:35 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

## III.

### JURISDICTION AND VENUE

3.   The subject matter in controversy is within the jurisdictional limits of their court.
This suit is brought in accordance with the laws of the State of Texas, for the recovery of damages. This suit is brought in accordance with the laws of the State of Texas, for the recovery of damages which are within the jurisdictional limits of the Court, to which Plaintiff is entitled to receive compensation for the injuries described below. Plaintiff asserts venue is proper and maintainable within Hidalgo County, Texas pursuant to one or more sections of the TEXAS CIVIL PRACTICE & REMEDIES CODE sec. 15.002(a)(3), **T. J. MAXX OF TEXAS, INC,** conduct business in the City of Mission, County of Hidalgo, State of Texas. Therefore, the Court has jurisdiction over this matter and venue is proper in Hidalgo County, Texas.

## IV.

### FACTUAL BACKGROUND

4.   The incident occurred on or about May 24, 2019, in Hidalgo County, Texas.

5.   Plaintiff, **LILIANA I. GUTIERREZ**, 54-year-old woman, was visiting the **T. J. MAXX OF TEXAS, INC**., located at 2417 E. Expressway 83, Mission, Texas 78572.   Ms. Gutierrez was wanting to visit the **T. J. MAXX** store.

6.   Ms. Gutierrez while shopping thru the store's Children Department proceeded to walk by a table that contained suit cases on top and a folding table was on the floor, the folding table blended in with the color of the store's flooring and due to the folding table Ms. Gutierrez tripped and fell.

7.   Due to the tremendous pain and agony Ms. Gutierrez admitted herself to a local hospital for evaluation, care and treatment that same day.

8.   Defendant, **T. J. MAXX OF TEXAS, INC**., negligently failed to maintain a safe environment conductive to the safety and pleasure of its invitees.  Plaintiff **LILIANA I. GUTIERREZ's** injuries could have been avoided if Defendant **T. J. MAXX OF TEXAS, INC**., had maintained a safe and risk-free environment for its invitees.

## V.

### COUNT II-PREMISES CLAIM BY INVITEE

9.   Defendant **T. J. MAXX OF TEXAS, INC** was in possession of the premises at 2417 E. Expressway 83, Mission, Texas 78572. Plaintiff **LILIANA I. GUTIERREZ** entered Defendant's premises in response to Defendant's invitation and for their mutual benefit.

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
8/27/2019 2:35 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-4553-G**

10. A condition on Defendant's premises posed an unreasonable risk of harm. Due to the folding table that was negligently thrown on the store's floor and being that the folding table was the same exact color as the Defendant's store flooring it was impossible for Plaintiff's to have foreseen that sudden threat.

11. Defendant **T. J. MAXX OF TEXAS, INC.,** knew or reasonable should have known of the folding Table that was misplace, or negligently placed, thrown on the floor and Defendant had a duty to use ordinary care to ensure that the store premises did not present a danger to plaintiff. This duty includes the duty to inspect and the duty to warn or to cure. Defendant breached the duty or ordinary care by ignoring to visually inspect all store walking area for customers safety and correct any and all dangerous condition of the store area.

## VI.
### COUNT III-PREMISES LIABILITY

12. Defendant **T. J. MAXX OF TEXAS, INC**., was in possession of the premises located at 2417 E. Expressway 83, Mission, Texas 78572, on the date and at the time in question and immediately prior thereto.

13. Plaintiff entered Defendant **T. J. MAXX OF TEXAS, INC**.'s premises with Defendant's knowledge and for their mutual benefit. Plaintiff was a customer obtaining services at Defendant **T. J. MAXX OF TEXAS, INC**. Plaintiff was an invitee.

14. A condition on Defendant **T. J. MAXX OF TEXAS, INC**'s premises posed an unreasonable risk of harm. The condition of the folding table and the flooring being the same color that exists in Defendant **T. J. MAXX OF TEXAS, INC**'s premises was not safely maintained and caused Plaintiff **LILIANA I. GUTIERREZ's** to slip and fall, causing severe injuries. These acts and omissions amount to *gross negligence* as that term is defined by law and was a proximate cause of the occurrence in question and Plaintiff **LILIANA I. GUTIERREZ's** injuries and damages.

## VII.
### LIABILITY OF DEFENDANTS
### UNDER GENERAL NEGLIGENCE THEORY

15. Defendant owed Plaintiff, **LILIANA I. GUTIERREZ** and others similarly situated the duty to ensure safe conditions while on the premises as invitees of said premises.

16. Defendant **T. J. MAXX OF TEXAS, INC**., breached said duty by not ensure safe conditions while on the premises as invitees of said premises.

Date: 10/29/19

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk

Electronically Submitted
8/27/2019 2:35 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

## VIII.

## PROXIMATE CAUSE

17. Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## IX.

## EXEMPLARY DAMAGES

18. Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant.

## X.

## DAMAGES FOR INJURED PARTY, LILIANA I. GUTIERREZ

19. As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, the subject of this lawsuit, caused Plaintiff **LILIANA I. GUTIERREZ** to suffer injury, and to endure anxiety, pain, and stress resulting in damages more fully set forth below.

As a direct and proximate result of the occurrence made the basis of this lawsuit, the subject of this lawsuit, Plaintiff **LILIANA I. GUTIERREZ** has incurred the following damages:

      A.     Reasonable medical care and expenses in the past. These expenses were incurred by the subject of this lawsuit, Plaintiff **LILIANA I. GUTIERREZ** for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Hidalgo County, Texas;

      B.     Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

      C.     Physical pain and suffering in the past;

      D.     Mental anguish in the past;

      E.     Physical pain and suffering in the future;

      F.     Mental anguish in the future;

      G.     Physical impairment in the past;

      H.     Physical impairment which, in all reasonable probability, will be suffered in the future;

      I.     Loss of earnings in the past;

Date: 10/29/19

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

By: _____
Deputy Clerk

Electronically Submitted
8/27/2019 2:35 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-4553-G**

J.   Loss of earning capacity which will, in all probability, be incurred in the future;

K.   Loss of Consortium in the past, including damages to the family relationship, loss of care, comfort, solace, companionship, protection, services, and/or physical relations;

L.   Loss of Parental Consortium in the past, including damages to the parent-child relationship, loss of care, comfort, solace, companionship, protection, services, and/or parental love;

M.   Loss of Household Services in the past;

N.   Loss of Household Services in the future;

O.   Fear of future disease or condition; and

P.   Cost of medical monitoring and prevention in the future.

20.  By reason of the above, the subject of this lawsuit, Plaintiff **LILIANA I. GUTIERREZ** has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

## XI.

## DAMAGES

21.  As a result of the incident described above, Plaintiff, **LILIANA I. GUTIERREZ,** has suffered injuries including physical pain and mental anguish, and will, with reasonable probability, continue to do so in the future by reason of the nature and severity of her injuries.  Plaintiff has incurred medical expenses and lost wages. Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000. Tex. R. Civ. P. 47(c)(4)., including damages of any kind, penalties, court costs, expenses and prejudgment interest.

## XII.

## AFFIRMATIVE PLEAS

22.  Plaintiff hereby demands that Defendant's liability and the amount of damages be determined by a jury of their peers.

23.  Their case is not removable to Federal Court.

24.  Plaintiff is also entitled to pre-judgment and post-judgment interest at the maximum rate as permitted by law. Plaintiff is also entitled to all court costs.

## XIII.

## REQUEST FOR DISCLOSURE

25.  Pursuant to Rules 194 of the Texas Rules of Civil Procedure, Defendant are hereby requested to

*PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE*

5

Date: 10/29/19

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk

Electronically Submitted
8/27/2019 2:35 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-4553-G**

disclose to Plaintiff, within fifty (50) days of service of their request, the information or      material  described in Rule 194.2(a)-(l) of the Texas Rules of Civil Procedure.

## XIV.

## PRODUCTION OF DOCUMENTS

26.  The production of documents pursuant to Texas Rule of Civil Procedure 193.7 shall be considered as self-authenticating.

## XV.

## PLAINTIFF'S REQUEST FOR NOTICE BY DEFENDANTS OF INTENT TO SEEK ADMISSION OF CRIMINAL CONVICTIONS OF WITNESSES PURSUANT TO TEXAS RULES OF EVIDENCE, RULE 609(f)

27.  Plaintiff hereby serves notice to the Defendant, pursuant to TRCE, Rule 609(f), that Plaintiff demands timely written notice by Defendant, that Defendant intend to seek admission of criminal convictions, as defined in TRCE, Rule 609(a) against any witness designed by any party as a relevant fact witness, testifying expert witness and/or any consulting expert witness whose mental impressions or opinions have been reviewed by a testifying expert witness.

## XVI.

## PRAYER

**WHEREFORE**, Plaintiff prays that on final trial, Plaintiff has judgment against Defendant, jointly and severally, in a sum in excess of the minimal jurisdictional limits of the Court, plus pre-judgment and post-judgment interest at the maximum rate as permitted by law, costs of Court, and such other and further relief to which Plaintiff may show herself justly entitled. Plaintiff requests that Defendant be cited to appear and answer, and that on final trial Plaintiff has:

1.   Judgment against Defendant for a sum in excess of the minimum jurisdictional limits of the Court, with interest at the legal rate from May 24, 2019, until judgment;

2.   Interest after judgment at the legal rate per year until paid;

3.   Cost of suit; and

4.   Such other and further relief to which Plaintiff may show herself justly entitled.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL. JURY FEE IS PAID.**

*PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE*

Date: 10/29/19

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

By: _____ Deputy Clerk

6

Electronically Submitted
8/27/2019 2:35 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-4553-G**

Respectfully submitted,

**HERNANDEZ LAW FIRM, P.C.**
4841 S. Jackson Road
Edinburg, Texas 78539
Telephone: (956) 369-4480
Facsimile: (979) 822-6001

_____
Daniel M.L. Hernandez
State Bar No. 24034479
efiling@hdzfirm.com
**ATTORNEY FOR PLAINTIFF**

**CO-COUNSEL:**

_____
Timothy L. Culberson
State Bar No. 24012484
25700 I-45 North, Suite 100
Spring, Texas 77386
Telephone: (281) 825-4977
Fax: (281) 674-8161
Email: tim@culbersonlaw.com
**ATTORNEY FOR PLAINTIFFS**

*PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE*

7

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
8/30/2019 3:20 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CAUSE NO. CL-19-4553-G**

THE STATE OF TEXAS
COUNTY OF HIDALGO

 NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

     To:     T.J. MAXX OF TEXAS, INC.

               CT CORPORATION SYSTEM
               1999 BRYAN STREET SUITE 900
               DALLAS, TEXAS  75201

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M.  on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #7 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 27th day of August, 2019 in this Cause Numbered CL-19-4553-G on the docket of said Court, and styled,

<div align="center">

**LILIANA I. GUTIERREZ**
**vs.**
**T.J. MAXX OF TEXAS, INC.**

</div>

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
    DANIEL M.L. HERNANDEZ
    308 E VILLA MARIA RD
    BRYAN TX 77801-3151

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 30th day of August, 2019.



           ARTURO GUAJARDO, JR.
           COUNTY CLERK, HIDALGO COUNTY, TEXAS
           100 N. CLOSNER
           EDINBURG, TEXAS 78539
           COUNTY COURT AT LAW #7

           BY _____ DEPUTY
               ESTER C. ESPINOZA
                    10/29/19

                        Date:_____
                        I, Arturo Guajardo, Jr. County Clerk do
                        hereby certify that this is a true and
                        correct copy of the original document
                        filed in my office.
                        By:_____
                               Deputy Clerk

EXHIBIT 3

Electronically Submitted
8/30/2019 3:20 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
        Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____
M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

        Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with
a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the
Plaintiff's Petition, at the following
Date, time, and place, to-wit:

        NAME _____ DATE _____ TIME _____ PLACE _____


        By: _____          By: _____
                CIVIL PROCESS SERVER                            DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
        Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and
time(s), but to no avail:

        NAME _____ DATE _____ TIME _____ PLACE _____

        NAME _____ DATE _____ TIME _____ PLACE _____

        NAME _____ DATE _____ TIME _____ PLACE _____


        By; _____          By: _____
                CIVIL PROCESS SERVER                            DEPUTY SHERIFF/CONSTABLE


                    **COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF,**
                        **CONSTABLE OR CLERK OF THE COURT**
In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If
the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be
signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in
substantially the following form:

"My name is _____, my date of birth is _____and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ____ day of _____, 20_____.


_____
DECLARANT


_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

Date: _____10/29/19_____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
                              Deputy Clerk

**SUBPOENA**

10:16 FILED

OCT 22 2019

ARTURO GUAJARDO JR. COUNTY CLERK
COUNTY COURT AT LAW   OF HIDALGO CO.
BY_____ DEPUTY

THE STATE OF TEXAS
To any duly authorized Officer of the State of Texas – GREETINGS:

**YOU ARE HEREBY COMMENDED TO SUBPOENA AND SUMMON** the following witness:

**City of Mission**
**CITY SECRETARY**
**1201 E. 8th Street**
**Mission, Texas 78572**

"OR WHEREVER HE MAY BE FOUND"

To attend and provide answers before a Notary or Certified Court Reporter in and for the State of Texas, at the offices of the **Hernandez Law Firm, P.C., 4841 South Jackson Road, Edinburg, Texas 78539 on Wednesday, November of the 6, 2019, at 10:00 a.m.,** then and there agree to give evidence at the instance of the Plaintiff in that certain Cause No. CL-19-4553-G, now pending in the County Court at Law No. 7, Hidalgo County, Texas:

**LILIANA I. GUTIERREZ**
*Plaintiff,*

v.

**T. J. MAXX OF TEXAS, INC.**
*Defendant*

Date:_____10/29/19_____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
Deputy Clerk

Then and there to remain from day to day and term to term until discharged according to law.

*CONTEMPT*: FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT          PERSON MAY DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.  RULES OF CIVIL PROCEDURE, 176.8(A).

DO NOT FAIL, and make due to return hereof, showing the manner of execution or the witness' signed memorandum showing that the witness accepted the subpoena.

Issued on **October 17, 2019**.

By:_____
Deputy                              Daniel M.L. Hernandez,
                                    Attorney for **LILIANA I. GUTIERREZ**

ANNA CAHILLU              **PROOF OF SERVICE**

I, CITY SECRETARY, certify that on the 18 day of October 2019, I was served with the attached subpoena and that I agree to comply with its terms as required.

DATED: 10/21/19              Received By: Anna Carrillo

I, Frank Prado, certify that I am over the age of eighteen years and not a party to the above referenced action. I certify that a true and correct copy of the attached subpoena was served on 10/21, 2019 at 11:00 a.m. Øp.m. I further certify that all witness fees required by law were tendered at the time of service.

Dated: 10/21/19              Served By: Frank Prado

EXHIBIT 4
*Disclaimer: This Subpoena was not prepared by the District Clerk's Office

CAUSE NO.: CL-19-4553-G

| | | |
|---|---|---|
| LILIANA I. GUTIERREZ | § | IN THE COUNTY COURT |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | AT LAW NO. 7 |
| | § | |
| | § | |
| T. J. MAXX OF TEXAS, INC. | § | |
| *Defendant.* | § | HIDALGO COUNTY, TEXAS |

TO:     Custodian of Business Records, **CITY OF MISSION, CITY SECRETARY,** by its Open Records Division, Mission, Texas.

**YOU WILL TAKE NOTICE THAT** twenty (20) days after service of a copy hereof with attached questions, a deposition by written questions will be taken of the Custodian of Records at the address listed below:

**CITY OF MISSION
CITY SECRETARY
ATTN: ANNA CARRILLO
1201 E. 8TH STREET
MISSION, TEXAS 78572**

Which deposition with attached questions may be used as evidence upon the trial of the above-styled and numbered cause pending in the above-named court. Notice is further given that request is hereby made as authorized under Rules 175, 192.6, 200 and 215, TEXAS RULES OF CIVIL PROCEDURE, to the officer taking this deposition to issue a subpoena and cause it to be served on the witness to bring and produce for inspection and photocopying a true and correct copy of records described in the attached Written Questions and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted,

Daniel M. L. Hernandez
**HERNANDEZ LAW FIRM, P.C.**
4841 S. Jackson Rd.
Edinburg, Texas 78539
Telephone: (956) 369-4480
Facsimile: (979) 822-6001
efiling@hdzfirm.com
**ATTORNEYS FOR PLAINTIFF**

And

Date: 10/29/19

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk

**THE CULBERSON LAW OFFICE, PLLC**
Timothy L. Culberson
State Bar No. 24012484
25700 I-45 North, Suite 100
Spring, Texas 77386
Telephone: (281) 825-4977
Facsimile: (281) 674-8161
Email: info@culbersonlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

Pursuant to Texas Rules of Civil Procedure, a true and correct copy of the foregoing has been served upon the **CITY OF MISSION, CITY SECRETARY; ATTN: ANNA CARRILLO,** *by PROCESS SERVER,* on the *October 17, 2019.*

Daniel M.L. Hernandez

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

CAUSE NO.: CL-19-4553-G

| | | |
|---|---|---|
| LILIANA I. GUTIERREZ<br>*Plaintiff,* | §<br>§<br>§ | IN THE COUNTY COURT |
| v. | §<br>§<br>§ | AT LAW NO. 7 |
| T. J. MAXX OF TEXAS, INC.<br>*Defendant.* | §<br>§<br>§ | HIDALGO COUNTY, TEXAS |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:    **CITY OF MISSION**
**CITY SECRETARY**
**ATTN: ANNA CARRILLO**
**1201 E. 8TH STREET**
**MISSION, TEXAS 78572**

*Type of Records:*    *All call logs/police surveys for all 911 calls received from May 2016 to the present related to T.J. Maxx of Texas, Inc., located at 2417 E. Expressway 83, Mission, Texas 78572.*

1.    Please state your full name, address, telephone number, occupation and official title.

ANSWER:_____

_____

_____

2.    I am the Custodian of Records for_____

*(Please insert facility)*

3.    Have you received a subpoena for the production of those documents listed above?

ANSWER: _____

4.    Are you among those who have possession, custody, control of, or access to the documents requested above:

ANSWER: _____

5.    Were the aforementioned records made in the regular course of business?

ANSWER: _____



Date:____10/29/19____

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

By:_____ Deputy Clerk

6. Was it in the regular course of business of the above listed for a person with knowledge of the act event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record?

ANSWER: _____

7. Were these records kept as described in the preceding questions?

ANSWER: _____

8. Does the source of the information, and the method and circumstance of its preparation establish the trustworthiness of the records?

ANSWER: _____

9. Please release exact duplicates of the records as requested in the subpoena or the originals thereof for photocopying for attachment to his deposition. Have you done as requested? If not, why not?

ANSWER: _____

10. Are there any documents and tangible items described on Exhibit "A: that you have **NOT** provided to the notary public taking your deposition?

ANSWER: _____

11. Please describe all documents and tangible items described on Exhibit "A" that you have not provided to the notary public taking your deposition and explain why you have **NOT**, provided them.

ANSWER: _____

12. If you were instructed by any supervisor, officer, representative and/or attorney of **T.J. MAXX OF TEXAS, INC.**, **NOT** to produce any documents or tangible items described on Exhibit "A", please identify the supervisor, officer, representative and/or attorney that so instructed you, including their full name, position, company, and telephone number.

ANSWER: _____

13. Are you aware that it may be necessary to subpoena you or your employer to court at the time of the trial of this case, if you have not provided to the notary public taking your deposition any and all documents and tangible items described on Exhibit "A"?

ANSWER: _____

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk

_____

WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
custodian of records for the above listed, known to me to be the person whose name subscribed to the
foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath
that the answers to the foregoing questions are true and correct. I further certify that the records attached
hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED begore me this _____ day of _____ , 2019.

_____

NOTARY PUBLIC

Date: 10/29/19

I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

## EXHIBIT "A"

*All call logs/police surveys for all 911 calls received from May 2016 to the present related to T.J. Maxx of Texas, Inc., located at 2417 E. Expressway 83, Mission, Texas 78572.*

Date: 10/29/19

I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.

By: _____

Deputy Clerk

Electronically Submitted
10/28/2019 9:11 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CAUSE NO. CL-19-4553-G

| | | |
|---|---|---|
| LILIANA I. GUTIERREZ | § | IN THE COUNTY COURT |
| | § | |
| V. | § | AT LAW NO. 7 |
| | § | |
| T.J. MAXX OF TEXAS, INC. | § | HIDALGO COUNTY, TEXAS |
| | § | |

---

### ORIGINAL ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND OF DEFENDANT MARMAXX OPERATING CORP INCORRECTLY NAMED AS T.J. MAXX OF TEXAS, INC.

---

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, MARMAXX OPERATING CORP incorrectly named as T.J. MAXX OF TEXAS, INC., Defendant in the above-entitled and numbered cause, and in answer to Plaintiff's Original Petition, respectfully shows the Court as follows:

I.
### GENERAL DENIAL

Defendant denies each and every, singular and all, the allegations contained in Plaintiff's Petition, says that the allegations are not true, either in whole or in part, and demands strict proof thereof.

II.
### AFFIRMATIVE DEFENSES

Defendant would plead the following Affirmative Defenses:

1. Defendant denies that "T.J. Maxx of Texas, Inc." is a proper party to this lawsuit, because this entity does not exist. Marmaxx Operating Corp owns and controls the operations of the business involved in this litigation. "T.J. Maxx of Texas, Inc." does not operate or maintain control of the premises at which Plaintiff claims she was injured, and does not own the premises for the business at issue. Consequently, "T.J. Maxx of Texas, Inc." cannot be held legally responsible for Plaintiff's accident as a matter of law

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

EXHIBIT 5

Electronically Submitted
10/28/2019 9:11 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

and has been wrongfully sued. Tex. Civ. P. 93.

2.      Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc. alleges that the incident at issue was proximately caused, in whole or part, by the alleged errors or omissions of a third-party over whom Defendant has no control.

3.      The incident made the basis of this lawsuit was caused by the negligence of Plaintiff.  Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc. seeks the jury submission of Plaintiff's comparative responsibility pursuant to Chapters 32 and 33 of the Texas Civil Practice & Remedies Code.

4.      Any alleged injury was caused in whole or in party by unrelated or pre-existing medical conditions;

5.      Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc. had no actual or constructive notice of any premise defect or other unreasonably dangerous condition in connection with the alleged incident; and

6.      Plaintiff's damages, if any, are limited to only those damages actually paid on behalf of Plaintiff pursuant to § 41.0105 of the Tex. Civ. Prac. & Rem. Code.

III.

JURY DEMAND

Defendant, Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc., respectfully demands a jury for the trial of this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant, Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc., prays that Plaintiff takes nothing by reason of this suit, that Defendant be discharged, and that it goes hence with its costs,

2

Date: _____ 10/29/19

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
10/28/2019 9:11 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

and for all such other and further relief, both general and special, at law and in equity, to

which Defendant may show itself to be justly entitled.

Respectfully submitted,

HARTLINE BARGER LLP

/s/ Marshall G. Rosenberg
Marshall G. Rosenberg
State Bar No. 12771450
Kevin B. Tompkins
State Bar No. 20125690
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: 713-759-1990
Facsimile: 713-652-2419
mrosenberg@hartlinebarger.com
ktompkins@hartlinebarger.com

Attorneys for Defendant
Marmaxx Operating Corp, incorrectly
named as T.J. Maxx of Texas, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by the method(s) indicated on October 28, 2019.

Daniel M.L. Hernandez
Hernandez Law Firm. P.C.
4841 S. Jackson Road
Edinburg, Texas 78539
efiling@hdzfirm.com

Timothy L. Culberson
25700 I-45 North, Suite 100
Spring, Texas 77386
tim@culbersonlaw.com

/s/ Marshall G. Rosenberg
Marshall G. Rosenberg



Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

3

Electronically Submitted
10/28/2019 4:42 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CAUSE NO.: CL-19-4553-G**

| | | |
|---|---|---|
| **LILIANA I. GUTIERREZ** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **AT LAW NO. 7** |
| | § | |
| **T.J. MAXX OF TEXAS, INC.** | § | |
| *Defendant.* | § | **HIDALGO COUNTY, TEXAS** |

---

**PLAINTIFF'S MOTION FOR DOCKET CONTROL CONFERENCE**

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff in the above styled and numbered cause, and respectfully moves the Court to set this cause for a Docket Control Conference.

Respectfully submitted,

**HERNANDEZ LAW FIRM, P.C.**
4841 S. Jackson Road
Edinburg, Texas 78539
Telephone: (956) 369-4480
Facsimile: (979) 822-6001

_____
Daniel M.L. Hernandez
State Bar No. 24034479
efiling@hdzfirm.com
**ATTORNEY FOR PLAINTIFFS**

And

**THE CULBERSON LAW OFFICE, PLLC**
Timothy L. Culberson
State Bar No. 24012484
25700 I-45 North, Suite 100
Spring, Texas 77386
Telephone: (281) 825-4977
Facsimile: (281) 674-8161
Email: info@culbersonlaw.com
**ATTORNEYS FOR PLAINTIFF**



Date: __10/29/19__
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
10/28/2019 4:42 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel by certified mail return receipt requested, e-filing service, e-mail, and/or facsimile on this the, *28ᵗʰ day of October, 2019*:

**Marshall G. Rosenberg**
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Facsimile: (713) 652-2419
Email: mrosenberg@hartlinebarger.com

**Kevin B. Tompkins**
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Facsimile: (713) 652-2419
Email: ktompkins@hartlinebarger.com

_____
Daniel M.L. Hernandez

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk

Electronically Submitted
10/28/2019 4:42 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

## CAUSE NO.: CL-19-4553-G

| | | |
|---|---|---|
| **LILIANA I. GUTIERREZ** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **AT LAW NO. 7** |
| | § | |
| **T.J. MAXX OF TEXAS, INC.** | § | |
| *Defendants.* | § | **HIDALGO COUNTY, TEXAS** |

### ORDER SETTING DOCKET CONTROL CONFERENCE

IT IS ORDERED, that a Docket Control Conference in the above referenced cause of action be and is hereby set for _____ o'clock, a.m. on the _____ day of _____,  2019, to be held between the parties' counsel of record or a representative acting on their behalf.

SIGNED and ENTERED on this the _____ day of _____, 2019.

_____
JUDGE PRESIDING

*Copies:*
*Mr. Daniel M.L. Hernandez, Hernandez Law Firm, P.C.; Email: efiling@hdzfirm.com*
*Mr. Timothy L. Culberson, The Culberson Law office, PLLC; Email:info@culbersonlaw.com*
*Marshall G. Rosenberg, Hartline Barger LLP; Email: mrosenberg@hartlinebarger.com*
*Kevin B. Tompkins, Hartline Barger LLP; Email: ktompkins@hartlinebarger.com*



Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
10/28/2019 4:42 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CAUSE NO.: CL-19-4553-G

| | | |
|---|---|---|
| **LILIANA I. GUTIERREZ** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | |
| v | § | **AT LAW NO. 7** |
| | § | |
| | § | |
| **T.J. MAXX OF TEXAS, INC.** | § | |
| *Defendant.* | § | **HIDALGO COUNTY, TEXAS** |

_____

### PLAINTIFF'S MOTION FOR ENTRY AND INSPECTION UPON PROPERTY
_____

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **LILIANA I. GUTIERREZ,** Plaintiff in the above styled and numbered cause of action, and files this his **MOTION FOR ENTRY AND INSPECTION UPON PROPERTY**, and would respectfully show the Court as follows:

### I.
### REQUEST

1. Plaintiff proposes that the inspection take place on a date agreed to by the parties.

2. Plaintiff requests permission to photograph and videotape the location of where LILIANA I. GUTIERREZ was injured on the premises of **T.J. MAXX OF TEXAS, INC.,** on the date in question.

3. The scope of the photographing and videotaping will be of the folding table in question and location of same while on the premises of **T.J. MAXX OF TEXAS, INC**.

4. The person who will conduct the videotaping and photographing will be an employee and/or independent contractor of the Hernandez Law Firm, P.C.

*Plaintiff's Motion for Entry and Inspection Upon Property*

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

*1 | Page*

EXHIBIT 7

Electronically Submitted
10/28/2019 4:42 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

5.    Plaintiff requests permission to allow counsel for Plaintiff, Plaintiff and the photographer and/or videographer to attend.

## II.
## CONCLUSION

The purpose of the inspection is not to burden or harass the Defendant.   The purpose of the inspection is solely to aid Plaintiff through the discovery process and to assist the trier of fact in understanding Plaintiff's burden of proof, which must be shown regarding this matter.

## III.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court set this Motion for hearing and that upon hearing, the Court grants Plaintiff's Motion for Entry and Inspection Upon Property as requested herein, and for such other and further relief that may be awarded at law or in equity.


Respectfully submitted,

**HERNANDEZ LAW FIRM, P.C.**

4841 S. Jackson Road
Edinburg, Texas 78539
Telephone: (956) 369-4480
Facsimile:  (979) 822-6001


Daniel M.L. Hernandez
efiling@hdzfirm.com
State Bar No. 24034479
**ATTORNEYS FOR PLAINTIFF**

And

Date:_____ 10/29/19
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By:_____
Deputy Clerk

COUNTY COURT ★ COUNTY OF HIDALGO, TEXAS ★

Electronically Submitted
10/28/2019 4:42 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**THE CULBERSON LAW OFFICE, PLLC**
Timothy L. Culberson
State Bar No. 24012484
25700 I-45 North, Suite 100
Spring, Texas 77386
Telephone: (281) 825-4977
Facsimile: (281) 674-8161
Email: info@culbersonlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a copy of the foregoing instrument was served on all

counsel of record on this the  *28th day of October 2019:*

**Marshall G. Rosenberg**
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Facsimile: (713) 652-2419
Email: mrosenberg@hartlinebarger.com

**Kevin B. Tompkins**
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Facsimile: (713) 652-2419
Email: ktompkins@hartlinebarger.com

_____
Daniel M.L. Hernandez

Date: 10/29/19
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
10/29/2019 2:11 PM
Hidalgo County Clerk
Accepted by: Samantha Martinez

CAUSE NO. CL-19-4553-G

| | | |
|---|---|---|
| LILIANA I. GUTIERREZ | § | IN THE COUNTY COURT |
| | § | |
| V. | § | AT LAW NO. 7 |
| | § | |
| T.J. MAXX OF TEXAS, INC. | § | HIDALGO COUNTY, TEXAS |
| | § | |

---

**FIRST AMENDED ORIGINAL ANSWER, AFFIRMATIVE DEFENSES AND JURY
DEMAND OF DEFENDANT MARMAXX OPERATING CORP
INCORRECTLY NAMED AS T.J. MAXX OF TEXAS, INC.**

---

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, MARMAXX OPERATING CORP incorrectly named as T.J. MAXX OF TEXAS, INC., Defendant in the above-entitled and numbered cause, files its First Amended Original Answer to Plaintiff's Original Petition, and respectfully shows the Court as follows:

I.
GENERAL DENIAL

Defendant denies each and every, singular and all, the allegations contained in Plaintiff's Petition, says that the allegations are not true, either in whole or in part, and demands strict proof thereof.

II.
AFFIRMATIVE DEFENSES

Defendant would plead the following Affirmative Defenses:

1.      Defendant denies that "T.J. Maxx of Texas, Inc." is a proper party to this lawsuit, because this entity does not exist. Marmaxx Operating Corp owns and controls the operations of the business involved in this litigation. "T.J. Maxx of Texas, Inc." does not operate or maintain control of the premises at which Plaintiff claims she was injured, and does not own the premises for the business at issue. Consequently, "T.J. Maxx of

10/29/19

Date:_____

I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By:_____
Deputy Clerk

EXHIBIT 8

Electronically Submitted
10/29/2019 2:11 PM
Hidalgo County Clerk
Accepted by: Samantha Martinez

Texas, Inc." cannot be held legally responsible for Plaintiff's accident as a matter of law and has been wrongfully sued. Tex. Civ. P. 93.

2.      Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc. alleges that the incident at issue was proximately caused, in whole or part, by the alleged errors or omissions of a third-party over whom Defendant has no control.

3.      The incident made the basis of this lawsuit was caused by the negligence of Plaintiff.  Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc. seeks the jury submission of Plaintiff's comparative responsibility pursuant to Chapters 32 and 33 of the Texas Civil Practice & Remedies Code.

4.      Any alleged injury was caused in whole or in party by unrelated or pre-existing medical conditions;

5.      Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc. had no actual or constructive notice of any premise defect or other unreasonably dangerous condition in connection with the alleged incident; and

6.      Plaintiff's damages, if any, are limited to only those damages actually paid on behalf of Plaintiff pursuant to § 41.0105 of the Tex. Civ. Prac. & Rem. Code.

III.

JURY DEMAND

Defendant, Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc., respectfully demands a jury for the trial of this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant, Marmaxx Operating Corp, incorrectly named as T.J. Maxx of Texas, Inc., prays that Plaintiff takes nothing by reason of this suit, that Defendant be discharged, and that it goes hence with its costs,

2



Date: _____10/29/19_____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk

Electronically Submitted
10/29/2019 2:11 PM
Hidalgo County Clerk
Accepted by: Samantha Martinez

and for all such other and further relief, both general and special, at law and in equity, to which Defendant may show itself to be justly entitled.

<div style="margin-left:40%">

Respectfully submitted,

HARTLINE BARGER LLP

*/s/ Marshall G. Rosenberg*
Marshall G. Rosenberg
State Bar No. 12771450
Kevin B. Tompkins
State Bar No. 20125690
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: 713-759-1990
Facsimile: 713-652-2419
mrosenberg@hartlinebarger.com
ktompkins@hartlinebarger.com

Attorneys for Defendant
Marmaxx Operating Corp, incorrectly
named as T.J. Maxx of Texas, Inc.

</div>

<div style="text-align:center">

CERTIFICATE OF SERVICE

</div>

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by the method(s) indicated on October 29, 2019.

Daniel M.L. Hernandez
Hernandez Law Firm. P.C.
4841 S. Jackson Road
Edinburg, Texas 78539
efiling@hdzfirm.com

Timothy L. Culberson
25700 I-45 North, Suite 100
Spring, Texas 77386
tim@culbersonlaw.com

<div style="margin-left:40%">

*/s/ Marshall G. Rosenberg*
Marshall G. Rosenberg

</div>

3



## VERIFICATION

COMMONWEALTH OF MASSACHUSETTS          §
                                                                         §
COUNTY OF MIDDLESEX                              §


Before me, the undersigned notary, on this day personally appeared Paul Kangas, the affiant, a person whose identity is known to me. After I administered an oath of affiant, affiant testified:

"My name is Paul Kangas. I am capable of making this verification. I have read the Original Answer of Defendant MARMAXX OPERATING CORP INCORRECTLY NAMED AS T.J. MAXX OF TEXAS, INC., including the affirmative defenses in the answer. The facts stated in it are within my personal knowledge and are true and correct."

Paul Kangas

Sworn to and subscribed before me

this 29 day of Oct, 2019



Notary Public

My commission expires:

KEVIN M KENNEDY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
March 23, 2023



10/29/19
Date:_____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
Deputy Clerk